```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
PIUS R. GUOBA, JR. and SHERYLL P.
GUOBA

                    Plaintiffs,
                                             ORDER ADOPTING REPORT &
                                             RECOMMENDATION
        -against-                            03-CV-5039(JS)(WDW)

SPORTSMAN PROPERTIES, et al.,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiffs             Frederick K. Brewington, Esq.
                           Law Offices of Frederick K. Brewington
                           50 Clinton Street, Suite 501
                           Hempstead, NY 11550


For Defendants

Sportsman, PMI,            Jeffrey Herzberg, Esq.
Barry Richter              Zinker, Gelfand & Haerzberg LLP
and John Marra             278 East Main Street, Suite C
                           Smithtown, NY 11787

Frank Pizzicarola          Diana Marie Thornton, Esq.
                           Diana T. Bishop, Esq.
                           Epstein, Grammatico, Gann,
                           Frankini & Marotta
                           1393 Veterans Memorial Highway
                           Suite 414
                           Hauppauge, NY 11788

William Mello              Bruce A. Cook, Esq.
                           James M. Murphy, Esq.
                           Montfort, Healy, McGuire & Salley
                           1140 Franklin Avenue
                           P.O. Box 7677
                           Garden City, NY 11530

Village of Freeport        Harrison J. Edwards, Esq.
and Joseph Madigan         Incorporated Village of Freeport
                           46 North Ocean Avenue
                           Freeport, NY 11520
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge William D. Wall, issued August 17, 2007, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Magistrate Judge Walls's Report provided that any objections were to be filed with the Clerk of the Court within ten days of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS that Defendant Incorporated Village of Freeport's motion for attorneys' fees pursuant to 42 U.S.C. § 1988 is DENIED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
September 30, 2007